**No. 55565.**—Hallett & Chard *v.* United States, protests 887645–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.